# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONNI KATHLEEN ELLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:16-cv-01196-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

Plaintiff Konni Kathleen Ellen filed this action on August 11, 2016. The summonses were issued on August 12, 2016. Pursuant to the scheduling order issued on August 12, 2016, Plaintiff is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **September 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1