# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONNI KATHLEEN ELLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:16-cv-01196-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   Plaintiff's opening brief shall be filed on or before May 3, 2017;

2.   Defendant's responsive pleading shall be filed on or before June 2, 2017; and

3.   Plaintiff's reply, if any, shall be filed on or before June 16, 2017.

IT IS SO ORDERED.

Dated:   **April 4, 2017**

UNITED STATES MAGISTRATE JUDGE

1